William R. Baldiga, Esq.
Nina E. Andersson, Esq.
Caleb B. Piron, Esq.
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Counsel to the Debtor
and the Debtor-in-Possession*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PARTSEARCH TECHNOLOGIES, INC.,[1] | Case No. 11-10282 (MG) |
| Debtor | |
| CRAIG WENZEL, | |
| Plaintiff | |
| vs. | Adv. Pro. No. 11-01445 (MG) |
| PARTSEARCH TECHNOLOGIES, INC., | |
| Defendant | |

NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON MARCH 25, 2011 AT 10:00 A.M.[2]

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Martin Glenn, United States Bankruptcy Judge, Courtroom 501, One Bowling Green, New York, NY 10004-1408

---

[1] The last four digits of the Debtor's taxpayer identification number are: 5335. Partsearch Technologies, Inc. is a Delaware corporation qualified to do business in the State of New York.

[2] Any party who wishes to appear telephonically at the March 25, 2011 hearing must contact Judge Glenn's Chambers at (212) 668-2870 and counsel for the Debtor at (212) 209-4800 (Attn: Caleb B. Piron).

I. **UNCONTESTED MATTERS:**

1. Motion of Official Committee of Unsecured Creditors, Pursuant to Sections 105(a), 107(b) and 1102(b)(3)(A) of the Bankruptcy Code, for an Order Confirming that the Committee is not Required to Provide General Access or Otherwise Generally Disclose (A) Confidential Information of the Debtor or (B) Information Subject to any Privilege **[Docket No. 56]**

    Related Documents:

    A. Notice of Rescheduling of Motion of Official Committee of Unsecured Creditors, Pursuant to Sections 105(A), 107(B) and 1102(B)(3)(A) of the Bankruptcy Code, for an Order Confirming that the Committee is not Required to Provide General Access or Otherwise Generally Disclose (A) Confidential Information of the Debtor or (B) Information Subject to Any Privilege **[Docket No. 93]**;

    B. Affidavit of Service of Motion of Official Committee of Unsecured Creditors, Pursuant to Sections 105(a), 107(b) and 1102(b)(3)(A) of the Bankruptcy Code, for an Order Confirming that the Committee is not Required to Provide General Access or Otherwise Generally Disclose (A) Confidential Information of the Debtor or (B) Information Subject to any Privilege; and Notice of Rescheduling of Motion of Official Committee of Unsecured Creditors, Pursuant to Sections 105(a), 107(b) and 1102(b)(3)(A) of the Bankruptcy Code, for an Order Confirming that the Committee is not Required to Provide General Access or Otherwise Generally Disclose (A) Confidential Information of the Debtor or (B) Information Subject to any Privilege **[Docket No. 94]**; and

    C. Affidavit of Service (Amended) of Motion of Official Committee of Unsecured Creditors, Pursuant to Sections 105(A), 107(B) and 1102(B)(3)(A) of the Bankruptcy Code, for an Order Confirming that the Committee is not Required to Provide General Access or Otherwise Generally Disclose (A) Confidential Information of the Debtor or (B) Information Subject to any Privilege; and Notice of Rescheduling of Motion of Official Committee of Unsecured Creditors, Pursuant to Sections 105(A), 107(B) and 1102(B)(3)(A) of the Bankruptcy Code, for an Order Confirming that the Committee is not Required to Provide General Access or Otherwise Generally Disclose (A) Confidential Information of the Debtor or (B) Information Subject to any Privilege **[Docket No. 95]**.

    Response Deadline: March 22, 2011 at 4:00 P.M.

Response(s) Received: None.

Status: Order to be submitted to the Court for entry.

2. Motion for Sale of Property under Section 363(b) Debtor's Motion for Orders (I) (A) Authorizing and Approving Auction and Sale Procedures in Connection with the Debtor's Asset Sale, Including Stalking Horse Bid Protections, (B) Approving the Form and Manner of Notice of the Asset Sale and the Hearing Thereon, (C) Approving the Form and Manner of the Contract Notice and the Assumption Notice, (D) Establishing Dates and Deadlines Relating to Bidding and Asset Sale Approval, and (E) Granting Related Relief; and (II) Authorizing and Approving (A) the Sale of the Debtor's Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests, (B) Entry Into and Performance Under the Asset Purchase Agreement and Related Agreements, (C) the Assumption and Assignment of Certain Executory Contracts, and (D) Related Relief **[Docket No. 12]**

   Related Documents:

   A. Order signed on 2/14/2011 (A) Authorizing and Approving Auction and Sale Procedures in Connection with the Debtor's Asset Sale, Including Stalking Horse Bid Protections, (B) Approving the Form and Manner of Notice of the Asset Sale and the Hearing Thereon, (C) Approving the Form and Manner of the Contract Notice and the Assumption Notice, (D) Establishing Dates and Deadlines Relating to Bidding and Asset Sale Approval, and (E) Granting Related Relief **[Docket No. 39]**;

   B. Debtor's Report and Memorandum of Law in Support of Sale of Substantially All of Debtor's Assets **[Docket No. 120]**; and

   C. Declaration of Lawton W. Bloom in Support of Debtor's Report and Memorandum of Law in Support of Sale of Substantially All of Debtor's Assets **[Docket No. 121]**.

   Response Deadline: N/A

   Response(s) Received: None.

   Status: Order to be submitted to the Court for entry.

3. Emergency Motion of the Debtor for an Order Provisionally Extending the Bar Date for Certain Former Employees to File Proofs of Claim **[Docket No. 113]**

   Related Documents:

A. Affidavit of William R. Baldiga Pursuant to Local Bankruptcy Rule 9077-1 **[Docket No. 114]**

B. Order to Show Cause signed on 3/22/2011 to Consider the Emergency Motion of the Debtor for an Order Provisionally Extending the Bar Date for Certain Former Employees to File Proof of Claim **[Docket No. 115]**.

Response Deadline: N/A

Response(s) Received: None.

Status: To be determined

## II. ADVERSARY PROCEEDING NO. 11-01445 (MG); Craig Wenzel v. Partsearch Technologies, Inc.:

A pre-motion conference shall be held regarding the above-referenced Adversary Proceeding relating to the following:

1. Letter Pursuant to Local Bankruptcy Rule 7056-1 Requesting a Pre-Motion Conference **[Docket No. 9]**

    Related Documents:

    A. Memorandum Endorsed Order signed on 3/15/2011 Regarding Letter Requesting a Pre-Motion Conference **[Docket No. 10]**

    Response(s) Received:

    i) Letter in Response to Defendant's Request for Pre-Motion Conference Pursuant to Local Bankruptcy Rule 7056-1 **[Docket No. 13]**

    Status: The parties intend to announce to the Court that they have reached a tentative settlement in principle and that appropriate settlement documentation will be submitted to the Court shortly for approval.

Dated: March 24, 2011

BROWN RUDNICK LLP

/s/ William R. Baldiga
William R. Baldiga, Esq.
Nina E. Andersson, Esq.
Caleb B. Piron, Esq.
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Counsel to the Debtor and Debtor-in-Possession*

# 1817605