William R. Baldiga, Esq.
Sunni P. Beville, Esq.
Nina E. Andersson, Esq.
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Counsel to the Debtor
and the Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| PARTSEARCH TECHNOLOGIES, INC.,[1] | ) Case No. 11-10282 (MG) |
| Debtor | ) |

**NOTICE OF AMENDED AGENDA OF MATTERS
SCHEDULED FOR HEARING ON OCTOBER 4, 2011 AT 10:00 A.M.[2]**

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Martin Glenn, United States Bankruptcy Judge, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.     UNCONTESTED MATTERS:**

1. First Omnibus Objection to Partsearch Technologies, Inc. to Proofs of Claim (Satisfied Claims) **[Docket No. 323]**.

   Related Documents:

   a) Affidavit of Peter Sullivan in Support of the Objections of Partsearch Technologies, Inc. to Proofs of Claim **[Docket No. 322]**.

---

[1] The last four digits of the Debtor's taxpayer identification number are: 5335. Partsearch Technologies, Inc. is a Delaware corporation qualified to do business in the State of New York.

[2] Any party who wishes to appear telephonically at the October 4, 2011 hearing must contact Judge Glenn's Chambers at (212) 668-2870.

Response Deadline: September 20, 2011 at 4:00 P.M.

Response(s) Received: None.

Status: Order to be submitted to the Court for entry.

2. Second Omnibus Objection to Partsearch Technologies, Inc. to Proofs of Claim (Offset Claims) **[Docket No. 324]**.

   Related Documents:

   a) Affidavit of Peter Sullivan in Support of the Objections of Partsearch Technologies, Inc. to Proofs of Claim **[Docket No. 322]**.

   Response Deadline: September 20, 2011 at 4:00 P.M.

   Response(s) Received: None.

   Status: Order to be submitted to the Court for entry.

3. Third Omnibus Objection to Partsearch Technologies, Inc. to Proofs of Claim (Claims Based on Ownership of Common or Preferred Stock) **[Docket No. 325]**.

   Related Documents:

   a) Affidavit of Peter Sullivan in Support of the Objections of Partsearch Technologies, Inc. to Proofs of Claim **[Docket No. 322]**.

   Response Deadline: September 20, 2011 at 4:00 P.M.

   Response(s) Received: None.

   Status: Order to be submitted to the Court for entry.

4. Fourth Omnibus Objection to Partsearch Technologies, Inc. to Proofs of Claim (Amended and Superseded Claims) **[Docket No. 326]**.

   Related Documents:

   a) Affidavit of Peter Sullivan in Support of the Objections of Partsearch Technologies, Inc. to Proofs of Claim **[Docket No. 322]**.

   Response Deadline: September 20, 2011 at 4:00 P.M.

   Response(s) Received: None.

Status: Order to be submitted to the Court for entry.

5. Objection of Partsearch Technologies, Inc. to Facilities Maintenance Corp. Claim Number 13 **[Docket No. 327]**.

    Related Documents:

    a) Affidavit of Peter Sullivan in Support of the Objections of Partsearch Technologies, Inc. to Proofs of Claim **[Docket No. 322]**.

    Response Deadline: September 20, 2011 at 4:00 P.M.

    Response(s) Received: None.

    Status: Order to be submitted to the Court for entry.

6. Objection of Partsearch Technologies, Inc. to Andrew McMillan Claim Number 25 **[Docket No. 328]**.

    Related Documents:

    a) Affidavit of Peter Sullivan in Support of the Objections of Partsearch Technologies, Inc. to Proofs of Claim **[Docket No. 322]**.

    Response Deadline: September 20, 2011 at 4:00 P.M.

    Response(s) Received: None.

    Status: Order to be submitted to the Court for entry.

7. Objection of Partsearch Technologies, Inc. to Crutchfield Corporation Claim Number 79 **[Docket No. 329]**.

    Related Documents:

    a) Affidavit of Peter Sullivan in Support of the Objections of Partsearch Technologies, Inc. to Proofs of Claim **[Docket No. 322]**.

    Response Deadline: September 20, 2011 at 4:00 P.M.

    Response(s) Received: None.

    Status: Order to be submitted to the Court for entry.

8. Objection of Partsearch Technologies, Inc. to State of Hawaii, Department of Taxation Claim Number 80 **[Docket No. 330]**.

Related Documents:

a) Affidavit of Peter Sullivan in Support of the Objections of Partsearch Technologies, Inc. to Proofs of Claim **[Docket No. 322]**.

Response Deadline: September 20, 2011 at 4:00 P.M.

Response(s) Received:

a) Declaration Regarding Department of Taxation, State of Hawaii's Response to Debtor's Objection to State of Hawaii, Dept. of Taxation Claim Number 80 **[Docket No. 348]**; and

b) Withdrawal of Claim(s): No. 80 **[Docket No. 374]**.

Status: Motion is moot as the claimant has withdrawn Claim No. 80. No order is necessary.

9. Objection of Partsearch Technologies, Inc. to the Scheduled Claim of Dering & Estrada **[Docket No. 331]**.

Related Documents:

a) Affidavit of Peter Sullivan in Support of the Objections of Partsearch Technologies, Inc. to Proofs of Claim **[Docket No. 322]**.

Response Deadline: September 20, 2011 at 4:00 P.M.

Response(s) Received: None.

Status: Order to be submitted to the Court for entry.

II. **CONTESTED MATTERS:**

10. Motion for Omnibus Objection to Claim(s) Number: 72, 73, 74, 75, 76, 77 - Motion of the Official Committee of Unsecured Creditors for an Order (I) Disallowing the Claims of Certain of the Debtor's Directors and Former Directors, or Alternatively, (II) Estimating Such Claims at Zero for Voting and Plan Reserve Purposes **[Docket No. 345]**.

Related Documents:

a) Notice of Hearing re: Motion of the Official Committee of Unsecured Creditors for an Order (I) Disallowing the Claims of Certain of the Debtor's Directors and Former Directors, or

Alternatively, (II) Estimating Such Claims at Zero for Voting and Plan Reserve Purposes **[Docket No. 346]**; and

b) Reply of Official Committee of Unsecured Creditors in Further Support of its Motion for an Order (I) Disallowing the Claims of Certain of the Debtor's Directors and Former Directors, or Alternatively, (II) Estimating Such Claims at Zero for Voting and Plan Reserve Purposes (Claim Nos. 72, 73, 74, 75, 76 and 77) **[Docket No. 385]**.

Response Deadline: September 26, 2011 at 4:00 P.M.

Response(s) Received:

a) Objection to Motion of the Official Committee of Unsecured Creditors for an Order (A) Disallowing the Claims of Certain of the Debtor's Directors and Former Directors, or Alternatively, (II) Estimating Such Claims at Zero for Voting and Plan Reserve Purposes and (B) Limited Objection to Plan Confirmation on behalf of Michael Dering, Derek Jones, Michael Korengold, Howard Morgan, Lowell Peters, Jim Schubauer **[Docket No. 373]**.

Status: The Court will hear argument on this matter.

### III. PLAN CONFIRMATION RELATED DOCUMENTS:

11. a) Debtor's First Modified Plan of Reorganization Under Chapter 11 of the Bankruptcy Code **[Docket No. 303]**;

b) Second Modified Disclosure Statement in Support of the Debtor's Plan of Reorganization Under Chapter 11 of the Bankruptcy Code **[Docket No. 336]**;

c) Order Granting Motion (i) Approving the Second Modified Disclosure Statement; (ii) Establishing Voting Deadline and Procedures for Filing Objections to Confirmation of Plan; (iii) Approving Form of Ballot; and (iv) Establishing Solicitation and Tabulation Procedures **[Docket No. 337]**;

d) Notice of Filing of Partsearch Plan Trust Agreement **[Docket No. 350]**;

e) Notice of Filing of Modified Schedules to the Debtor's First Modified Plan of Reorganization Under Chapter 11 of the Bankruptcy Code **[Docket No. 364]**;

f) Notice of Selection of Plan Trustee **[Docket No. 370]**;

g) Notice of Filing of Further Modified Schedules to the Debtor's First Modified Plan of Reorganization Under Chapter 11 of the Bankruptcy Code **[Docket No. 371]**;

h) Certification of Ballots **[Docket No. 376]**;

i) Notice of Filing of Proposed Order Confirming Debtor's First Modified Plan of Reorganization Under Chapter 11 of the Bankruptcy Code **[Docket No. 379]**;

j) Lawton W. Bloom in Support of Confirmation of Debtor's First Modified Plan of Reorganization Under Chapter 11 of the Bankruptcy Code **[Docket No. 380];** and

k) Notice of Filing of Modified Partsearch Plan Trust Agreement **[Docket No. 381]**.

Dated: September 28, 2011

BROWN RUDNICK LLP

/s/ William R. Baldiga
William R. Baldiga, Esq.
Sunni P. Beville, Esq.
Nina E. Andersson, Esq.
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Counsel to the Debtor and Debtor-in-Possession*

# 1859965